**SENTENCING**

Date: **9/08/2017**　　　　　　　　　　　　　　　　　　　　Judge: **Lee**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Reporter: **R. Montgomery**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Start: **11:10**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　End: **11:32**

**UNITED STATES of AMERICA**　　　　　　　　　　　Case Number: **1:17-CR-00089-001**

　　　　　　V.

**REBECCA ANN HAMILTON**

Counsel/Deft: **Brooke Rupert**　　　　　　　Counsel/Govt: **Maureen Cain**
Interpreter:　　　　**n/a**
Court adopts PSI (**X**) without exceptions (　) with exceptions: **Def. objects to the 5 level Chapter 4 Enhancement pursuant to 4B1.5(b)(1). The govt. finds that the calculation by probation is correct. The Court overrules the def. objection. The govt. rests on its position papers re: sentencing. The def. requests a sentence of 120 months w/5 years supervision and requests drug treatment, if eligible. For the reasons stated in open court and the §3553 factors, the Court imposed the mandatory minimum sentence of 10 years and recommends a designation of Alderson, W. Va and that the deft. participate in RDAP.**

**SENTENCING GUIDELINES**:　　　　　　　　　　Court departs from Guidelines pursuant to:
Offense Level: **39**
Criminal History: **III**　　　　　　　　　　　　　　＿＿＿USSG 5H1.4
Imprisonment Range: **324** to **405** months　　　　＿＿＿USSG 5K1.1
Supervised Probation: ＿＿to＿＿Years
Supervised Release: **5** Years　　　　　　　　　　　＿＿＿USSG 5K2.12
Fine Range: $ **50,000** to **$500,000**　　　　　　　　　＿＿＿USSG 5C1.2
Restitution $＿＿＿
Special Assessment **$100**

**JUDGMENT OF THE COURT:**
BOP for **120** months, with credit for time served.
Supervised Release for **5** years, with special conditions.
Supervised Probation for ＿＿months, with special conditions.
Fine Imposed of $＿＿＿ payable immediately.
Restitution of $＿＿＿ payable immediately.
Special Assessment **$100**
(**X**) Fine/costs of incarceration waived.
　**SPECIAL CONDITIONS**:
　**X**　Deft. shall participate in SATT, as directed by the probation officer.
　**X**　Deft. shall undergo a mental health evaluation program and shall participate in any counseling deemed needed.
　**X**　Deft. shall waive all rights of confidentiality regarding the mental health treatment and substance abuse treatment to allow the release of information to the USPO and authorize communication between the probation officer and treatment provider.
　**X**　Deft. shall have no contact with her co-conspirators.
　**X**　Deft. shall not utilize any sex-related adult telephone services, websites, or electronic bulletin boards and shall submit any records requested by the probation officer to verify compliance, including, but not limited to, credit card bills, telephone bills and cable/satellite television bills.
　**X**　Deft. shall register as a sex offender in any state in which she lives, is employed or attends school, pursuant to the Adam Walsh Child Protection and Safety Act of 2006.
**RECOMMENDATIONS to BOP**:
　**X**　Dft. to be designated to　**FPC Alderson, W. Va.**
　＿＿＿Dft. designated to facility to participate in ICC (Boot Camp) type program
　**X**　Dft. to participate in the BOP 500 Hour Residential Drug Abuse Treatment Program (RDAP).

Defendant: (**X**) Remanded　　(　) Cont'd on Bond　　(　) Referred to USPO　　(　) Self-surrender