IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:17-CR-89 (TSE) |
| | ) | |
| REBECCA ANN HAMILTON, | ) | |
| | ) | Requested Hearing Date: April 6, 2018 |

## UNITED STATES' MOTION FOR REDUCTION OF SENTENCE

COMES NOW the United States of America, by and through its attorneys, Tracy Doherty-McCormick, Acting United States Attorney for the Eastern District of Virginia, and Maureen Cain, Assistant United States Attorney, and moves this Honorable Court for a reduction of the defendant's sentence. This motion is based on the defendant's substantial assistance under Fed. R. Crim. P. 35(b)(1). A memorandum in support of the motion will be filed separately.

Respectfully submitted,

TRACY DOHERTY-MCCORMICK
ACTING UNITED STATES ATTORNEY

 /s/ Maureen C. Cain
By: Maureen C. Cain
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3892
Email:   Maureen.Cain@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2018, I filed the foregoing with the Clerk of Court, providing notice to counsel of record.

By:    _/s/ Maureen C. Cain_____
       Maureen C. Cain
       Assistant United States Attorney
       United States Attorney's Office
       2100 Jamieson Avenue
       Alexandria, VA 22314
       Phone: (703) 299-3892
       Email:   Maureen.Cain@usdoj.gov