**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| v. ) | Case No. 1:17-cr-89 (TSE) |
| ) | |
| **REBECCA ANN HAMILTON ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MOTION TO ADOPT CHELSEA CANTERBURY'S OPPOSITION TO
GOVERNMENT'S MOTION FOR RESTITUTION**

COMES NOW, Rebecca Hamilton and moves that this Court permit her to adopt one pleading filed in the companion case of **Chelsea Canterbury, Case No. 1:17CR196-003,** Defendant's Opposition to Government's Motion for Restitution (Doc. 176)**,** for the following reason:

1. Ms. Hamilton and Ms. Canterbury were similarly situated in their roles within the sex trafficking ring at issue in the instant case.  As such, the arguments detailed in Ms. Canterbury's opposition apply to Ms. Hamilton as well, and both defendants should be treated similarly with respect to the amount of restitution ordered.

WHEREFORE, Ms. Hamilton requests permission to adopt and conform this Motion to Ms. Canterbury's Opposition to Government's Motion for Restitution (1:17CR196-003, Doc. 176).

        Respectfully submitted,
        REBECCA HAMILTON
        By counsel,

        GEREMY KAMENS
        Federal Public Defender


        _____/s/_____
        Brooke S. Rupert, 79729
        Attorney for Rebecca Hamilton
        Office of the Federal Public Defender
        1650 King Street, Suite 500
        Alexandria, VA   22314
        (703)600-0849 (telephone)
        (703)600-0880 (facsimile)
        Brooke_Rupert@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the May 10, 2018, I will electronically file the foregoing with the Clerk of court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Maureen Cain, Esquire
2100 Jamieson Ave.
Alexandria, Virginia, 22314
(703) 299-3700
(703) 299-3980 (facsimile)

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the forgoing pleading will be delivered to Chambers within one business day of the electronic filing.

/s/
Brooke S. Rupert, 79729
Attorney for Rebecca Hamilton
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
(703)600-0849 (telephone)
(703)600-0880 (facsimile)
Brooke_Rupert@fd.org